# UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Patricia Kennedy, Individually,

    Plaintiff,

v.                                                Case No.: 8:18-cv-01005-JSM-AAS

Siesta Inn & Suites, Inc., A Florida
Corporation, d/b/a Hibiscus Suites Inn,

    Defendant.

_____/

### AFFIDAVIT OF PATRICK SHINE

I, Patrick Shine, Hotel Consultant do certify under the penalty of perjury:

1. I personally supervised the modifications to the Defendant's website, www.hibiscussuitesfl.com, to ensure compliance with Title III of the ADA, 42 U.S.C. § 12181 et seq. and 28 C.F.R. Section 36.302(e).

2. Specifically, I directed the inclusion of the photographs of some of the Property's accessible features onto the subject website, as well as information that identifies and describes the Property's accessible guestrooms and accessible features in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs.

3. Screen shots of the website language and photographs are attached to this affidavit and incorporated by reference.

**Oath or Affirmation of Affiant:**

*I certify under penalty of perjury under Florida law that I know the contents of this Affidavit signed by me and that the statements are true and correct to the best of my knowledge.*

_____
Patrick Shine

STATE OF: FLORIDA
COUNTY OF: SARASOTA

The foregoing instrument was sworn to and executed before me this 2d day of July, 2018 by Patrick Shine who is
   ☒ personally known to me.
   ☐ has produced for identification _____.

_____
Notary Public       SEAL:

GREGORY A. ZITANI
MY COMMISSION # FF 905454
EXPIRES: August 2, 2019
Bonded Thru Notary Public Underwriters