UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.                                                                                               Case No: 8:18-cv-1005-T-30AAS

SIESTA INN & SUITES, INC.,

    Defendant.

_____

## **ORDER**

THIS CAUSE comes before the Court on Defendant's Motion to Dismiss (Doc. 8). Patricia Kennedy, a tester for compliance with the Americans with Disabilities Act ("ADA"), sued Siesta Inn & Suites, Inc., alleging its website was non-ADA compliant. Siesta Inn moved to dismiss (Doc. 8), arguing that the case was moot because it had corrected the deficiencies in its website. After analyzing the relevant factors, the Court agreed with Siesta Inn that the case would be moot if its website was now ADA compliant. (Doc. 13). But the Court concluded Kennedy should be given an opportunity to have an expert review the website to determine its ADA compliance rather than the Court making that determination at the Motion to Dismiss stage. (Doc. 13). So the Court gave Kennedy 30 days to file an affidavit or other evidence showing that the issues with the website that she raised in the Complaint had not been remediated. (Doc. 13).

Kennedy did not file any evidence indicating that Siesta Inn had not cured the defects with the website that she raised in the Complaint. Instead, Kennedy visited Siesta

Inn and now alleges the physical property violated the ADA in various ways. She also alleges other websites not mentioned in the Complaint via which a consumer could book a reservation at Siesta Inn (*e.g.* expedia.com, booking.com, etc.) are non-ADA compliant.

Having reviewed the additional information provided by Kennedy, the Court concludes the claims raised in the Complaint are moot for the reasons previously explained. Because the claims raised in the Complaint are moot, the Court will dismiss this action.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Doc. 8) is GRANTED.

2. The claims raised in the Complaint are DISMISSED WITH PREJUDICE.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record