UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KENNEDY, Individually,
    Plaintiff,

v.            Case No. 8:18-CV-01005-JSM-AAS

SIESTA INN & SUITES, INC., a
Florida Corporation, dba Hibiscus Suites Inn
    Defendant.

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Patricia Kennedy, the Plaintiff, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Order Of Dismissal, [D.E. 17] entered in this action on October 22, 2018.

Respectfully submitted

By: /s/ Thomas B. Bacon
Thomas B. Bacon
Fla. Bar No: 139262
Thomas B. Bacon, P.A.
644 N. Mc Donald St.
Mount Dora, FL 32757
Email: tbb@thomasbaconlaw.com
Phone: (954) 478-7811

.     **I HEREBY CERTIFY** that, on October 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

By: /s/ Thomas B. Bacon